```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN D. SHAW,

                         Petitioner,

                                              No.9:02-CV-163
             v.                                 (FJS/DEP)

TODD CRAIG, WARDEN, F.C.I. Ray Brook,

                         Respondent.
_____

APPEARANCES:                     OF COUNSEL:

FOR PETITIONER:

JOHN D. SHAW,
Petitioner, pro se
13507 976TH Avenue
213
Surrey, BC V3V-7P3

FOR RESPONDENT:

HON. GLENN T. SUDDABY            WILLIAM C. PERICAK, ESQ.
United States Attorney           Assistant U.S. Attorney
James T. Foley, U.S. Courthouse
445 Broadway, Room 218
Albany, NY   12207-2924

DEPT. OF HOMELAND SECURITY       JAMES W. GRABLE, ESQ.
Bureau of Immigration
and Customs Enforcement
130 Delaware Avenue, Room 203
Buffalo, NY    14202
```

**FREDERICK J. SCULLIN, JR., S.J.:**

## ORDER

Presently before the Court is Magistrate Judge David E. Peebles' Report-Recommendation signed on March 1, 2007, in which

he recommends the petition in the above action be denied and dismissed in all respects. Magistrate Judge Peebles' Report-Recommendation was mailed to petitioner's last known address, but was returned to the Clerk's office marked: RETURN TO SENDER. Rule 41.2(b) of the Local Rules of Practice for the Northern District of New York states that failure to notify the Court of a change of address as required by Local Rule 10.1(b) may result in dismissal of any pending action.  Therefore, in light of Petitioner's failure to notify the Court of his change of address, it is hereby

**ORDERED**, that the Report-Recommendation filed by Magistrate Judge David E. Peebles on March 2, 2007 is, for the reasons stated therein, **ACCEPTED** in its entirety; and it is further

**ORDERED**, that petition in this action is **DENIED** and **DISMISSED**.

**ORDERED**, that the Clerk of the Court enter judgment in favor of the Respondent and against the Petitioner and **CLOSE** this case. **IT IS SO ORDERED.**


Dated: March 22, 2007
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge